UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.CR-25-188-JNW |
| Plaintiff, | ORDER <s>(Proposed)</s> |
| vs. | |
| DOMINIQUE D. BUFFINIGTON, | |
| Defendant, | |

This matter having come before the Court on the defendant's Motion to Continue Trial Date and Pre-Trial Motions Deadline (ECF No.    ) the Court have reviewed the files herein and based on the party's agreement the Court finds:

1. Considering the exercise of due diligence, a failure to grant a continuance in this case would deny defense counsel the reasonable time necessary for effective preparation due to counsel's need for time to review and prepare for trial as set forth in 18 U.S.C. §3161(h)(7)(B)(iv);

2. A failure to grant a continuance would likely result in a miscarriage of justice pursuant to 18 U.S.C §3161(h)(7)(B)(i);

3. The additional time requested is a reasonable period of delay as the Defendant has requested more time to investigate and prepare for trial;

ORDER - 1

4. The ends of justice will be served by a continuance, and outweighs the interest of the public and the defendant in any speedier trial pursuant to 18 U.S.C. §3161(h)(7)(A); and

5. The additional time requested between the current trial date of June 9, 2025, and the new trial date is necessary to provide defense counsel reasonable time necessary to investigate and prepare for trial and all the facts set forth above.

NOW AND THERFORE: The unopposed motion (ECF   ) is GRANTED; the Trial Date in this matter is set for April 20, 2026. A Pre-Trial Motions Deadline will be set for March 16, 2026.

It is further ORDERED that the period of delay from the date of this order and the new trial date of April 20, 2026, is excludable pursuant to 18 U.S.C. §§3161(h)(7)(A) and (h)(7)(B)(iv).

Done this 20th day of October, 2025.

JAMAL N. WHITEHEAD
United States District Judge