The Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DOMINIQUE D. BUFFINGTON<br>Defendant. | NO. CR25-188-JNW<br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property (the "Subject Property"):

a. a Glock .45 Model 30S, bearing serial number BCEU347[1], and associated ammunition, seized from Defendant's vehicle on or about August 20, 2025.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, including the Declaration of AUSA Krista K. Bush in Support of this Motion ("Bush Decl."), HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate because:

[1] On or about August 21, 2026, the Federal Bureau of Investigation provided notice to the United States of a scrivener's error, and corrected the serial number of the above-identified firearm from BCGU347 to BCEU347. Following notice of the scrivener's error, the United States publicly re-advertised the forfeiture to include the correction (*see* Dkt. No. 46), and provided direct notice to potential claimants with the corrected serial number.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On April 22, 2026, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), and forfeiting Defendant Buffington's interest in it (Dkt. No. 41);
- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. Nos. 45, 46), and sent direct notice, by means reasonably calculated to reach them, to two identified potential claimants, as required by Fed. R. Crim. P. Rule 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims (*see* Declaration of AUSA Krista K. Bush in Support of Motion for a Final Order of Forfeiture, ¶¶ 2-3, Exhibits A-B);
- The United States has used all available efforts to provide notice to identified potential claimants, by means reasonably calculated to reach them (*id.*); and,
- The time period for filing third-party petitions has expired and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

///

///



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property in accordance with the law.

IT IS SO ORDERED.

DATED this 24th day of November, 2026.

THE HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: 206-553-6934
Krista.Bush@usdoj.gov